[No. 10,093.]

## THE PEOPLE v. JAMES RILEY.

48  549
Case 1
143  635

SENTENCE TO IMPRISONMENT.—The Court must not sentence a prisoner convicted of a criminal offense to imprisonment for a term longer than that fixed in the Statute for the punishment of the crime of which he stands convicted.

IDEM.—If the Court imposes a longer term of imprisonment than that fixed by the Statute for the offense, the Supreme Court, on appeal, will reverse the judgment, and direct the Court below to proceed to judgment on the verdict.

APPEAL from the County Court, County of San Joaquin.

The facts are stated in the opinion.

*J. A. Hosmer,* for the Appellant.

*Attorney-General Love,* for the People.

By the Court, WALLACE, C. J.:

The defendant was indicted and found guilty of the crime of house-breaking in the day time, which is an offense punishable by imprisonment in the State prison for a term not exceeding five years. (Penal Code, section 462.)

Upon the coming in of the verdict the Court adjudged the defendant to suffer imprisonment in the State prison for the term of ten years.

The judgment is therefore reversed, and the cause remanded with directions to the Court below to proceed to judgment on the verdict.